FAX or Internet

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of )
**Single Story Residence located in Leupp, Arizona.** )
**GPS coordinates 35.255325, -110.976664** )    Case No.   21-4243mb
)
)

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer.

An application by a federal law enforcement officer for the government requests the search of the following person or property located in the   District of Arizona
*(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    September 3, 2021
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge    Any US Magistrate Judge on Duty in AZ    .
*(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and Time Issued:   8/20/21 at 3:08 p.m.
                                                                       *Judge's Signature*

City and State:   Flagstaff, Arizona          Eric J. Markovich U.S. Magistrate Judge
                                                                  *Printed Name and Title*

## ATTACHMENT A – PLACE TO BE SEARCHED

This warrant is to search a residence located in Leupp, Arizona within the Judicial District of Dilkon on the Navajo Nation Indian Reservation and it is particularly described as:

**ADDRESS/DESCRIPTION OF LOCATION:** A light-colored stucco octagon residence with additions located just off Milepost 69 on State Route 99.

**DESCRIPTION OF RESIDENCE:** Single story, brown roof, there is a sign just to the left of the front door near the roof that reads, "HOME."

**APPROXIMATE GPS COORDINATES:** 35.255325, -110.976664

**PHOTO ATTACHED:** Yes







## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1. Any evidence of assault, including blood evidence, dried blood or substances that appear to be blood, which may be on the floors, walls, clothing, bedding, furniture, weapons, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

2. Any biological evidence which may contain DNA evidence, which may be on the floors, walls, clothing, bedding, furniture, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

3. Any rifles, firearms, firearm projectiles, or spent casings that are in the residence related to this investigation.

4. Any cellular phones/devices in the residence, including any iPhones, smart phones, or flip phones. (If recovered, separate warrants will be sought to search such devices.)

5. Indicia of ownership, occupancy, and/or use of the residence, including such things as: mail (e.g., bills) that may be addressed to the occupant(s); driver's licenses and/or identification cards; personal property such as clothing that may identify the owners and/or occupants of the structure; and photographs of the owners and/or occupants at the structure.

6. Photographs and/or video of the residence and the things seized.

FAX or Internet

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of:

**Single Story Residence located in Leupp, Arizona. GPS coordinates 35.255325, -110.976664**

)
)
)
)

Case No.  21-4243mb

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, <u>FBI Special Agent Jesse Vargas</u>, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[X] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1153 and 113(6) | Assault Resulting in Serious Bodily Injury (Indian Country) |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice _____ days (give exact ending date if more than _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: *s/ AUSA Emma Mark*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2021

*Applicant's Signature*

Jesse Vargas, FBI Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Date:  8/20/21 at 3:08 p.m.

*Judge's Signature*

City and State:  Flagstaff, AZ

United States Magistrate Judge
*Printed Name and Title*
Eric J. Markovich

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, <u>FBI Special Agent JESSE VARGAS</u>, state under oath as follows:

1. Your affiant, Jesse Vargas, is a Special Agent ("SA") for the Federal Bureau of Investigation (FBI) and has been so employed since December of 2020. As a SA of the FBI, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. Your affiant's duties include the investigation of violent crimes occurring within Indian Country in the District of Arizona. Your affiant previously served as a sworn law enforcement officer for approximately 3 years with the California Department of Social Services, between 2018 and 2020. During that time, your affiant served as an Investigator handling cases involving abuses against children and adults. Your affiant served as a sworn Police Officer for the San Diego Police Department and received certification through the San Diego Regional Public Safety Training Institute.

2. This Affidavit is based on the investigation, observations, and/or experience of your affiant, as well as the investigations, observations, and/or experiences of other law enforcement officers and/or witnesses including those

1

described in this Affidavit.  Your affiant also relies on his experience, training, and background as a Special Agent with the FBI in evaluating this information.

3. Because this Affidavit is being submitted for the limited purpose of obtaining a search warrant, your affiant has not included every fact known to your affiant regarding this investigation.  Your affiant has set forth only the facts necessary to establish probable cause to support issuance of the requested search warrant.

## Introduction

4. This case involves a shooting that occurred on the Navajo Nation Indian Reservation (Indian Country) in the District of Arizona.  On August 20, 2021, Navajo Nation Criminal Investigator Rosalyn Benally notified your affiant that the victim, O.S., had been shot in the leg with a rifle by the suspect, Nathan Slowtalker.  The shooting occurred at Slowtalker's residence, within the confines of the Navajo Nation Indian Reservation in the District of Arizona.

5. Your affiant makes this Affidavit in support of a search warrant for the residence where the shooting took place.  The residence is particularly described in **Attachment A**, and the evidence being sought is particularly described in **Attachment B**.  The evidence sought pertains to a violation of Title 18, United States Code, Sections 1153 and 113(a)(6), assault resulting in serious bodily injury.

## Investigation

6. On August 20, 2021, at approximately 4:29 a.m., your affiant received a phone call from CI BENALLY regarding a shooting that occurred just south of Leupp, Arizona. The location of the crime scene was described as being directly off of State Route 99 at mile post 69, with GPS coordinates of 35.255325, -110.976664 on the Navajo Nation Indian Reservation. CI BENALLY stated the victim, O.S., was transported to Little Colorado Medical Center (LCMC) in Winslow, Arizona with a gunshot wound to the leg. O.S. stated that he was shot by Nathan Slowtalker (SLOWTALKER) with an "AR" rifle. O.S. stated SLOWTALKER was accompanied by Hernando Nez (NEZ) and Kenneth Bia (BIA) during the shooting.

7. Dilkon Police Officer VINCE BENNALLIE (OFC. BENNALLIE) called Dilkon Dispatch and received an address for SLOWTALKER'S mother. SLOWTALKER's mother, SUZY SLOWTALKER (SUZY), told OFC. BENNALLIE that she owned the home just south of Leupp off of Milepost 69 on State Route 99. SUZY told OFC. BENNALLIE she had recently been allowing SLOWTALKER to stay at the residence.

8. OFC. BENNALLIE arrived at the residence and observed two separate concentrations of substances consistent with blood. OFC. BENNALLIE stated that the first concentration of suspected blood evidence was approximately five feet from the front door of the residence. The second concentration of blood evidence was

3

another five feet away, approximately 10 feet from the front door of the residence. OFC. BENNALLIE also observed two rifle shell casings.

9. OFC. BENNALLIE stated that the front door was open upon his arrival to the scene. OFC. BENNALLIE and his Sergeant conducted a sweep of the residence looking for the subjects, but they did not find anyone. OFC. BENNALLIE and his Sergeant held a perimeter of the scene after conducting the sweep. The residence was secured and is currently being held by officers pending the approval of a search warrant. The officers advised that no other person has entered the residence since their arrival.

10. CI BENALLY spoke with staff from LCMC while she was en route to OFC. BENNALLIE's location. LCMC staff told CI BENALLY that O.S. was dropped off at the emergency room by three male subjects who were driving a White Chevy Truck with bright lights on top of the truck. CI BENALLY also told your affiant that O.S. was being transported to Flagstaff Medical Center (FMC).

11. Your affiant called FMC at approximately 6:08 a.m. FMC advised O.S. was conscious, alert, and available to be interviewed. Your affiant arrived at FMC at approximately 7:00 a.m. and was advised that O.S. had just been taken into surgery for a shattered femur and artery repair.

12. Special Agent (SA) JOHN GARCIA (GARCIA) contacted LCMC and spoke with Dr. JEFF CROWDER (DR. CROWDER) who identified himself as the attending ER physician. DR. CROWDER described hearing O.S. speaking to the

4

Winslow police officers in the emergency room. O.S. advised that he had been shot by "NATE SLOWTALKER" and was approached from the front during the shooting. O.S. also described being kicked in the head by NATE SLOWTALKER. DR CROWDER stated O.S's injuries included a gunshot wound to the leg and a laceration on the head.

13. At approximately 9:22 a.m., your affiant received a phone call from Winslow Police Department Sergeant Caleb Davis (SGT. DAVIS). SGT. DAVIS stated that he responded to LCMC and spoke with O.S. earlier in the morning. O.S. told SGT. DAVIS that he was shot in the leg and kicked in the head by SLOWTALKER for no reason. O.S. did not provide any additional details.

### Things to Be Searched for and Seized

14. Based on the foregoing, your affiant seeks a search warrant to search the residence described in **Attachment A** for evidence pertaining to the assault of O.S. Based on my experience, suspects often leave behind evidence from the commission of the offenses they commit. For example, based on your affiant's training and experience, it is known to your affiant that blood evidence may be transferred and/or deposited during and after an assault and/or murder, particularly when a weapon is used. Blood may be left on items at or near where the assault occurred and/or it may be transferred or left on the suspect/victim and/or the suspect's/victim's clothing. When a weapon is used, there is normally blood spatter, which can "spray" or be left on the floors, walls, and things nearby. While

sometimes blood evidence is clearly visible, it often requires observation and analysis by forensic technicians in a laboratory setting to detect, analyze, and/or compare. Such evidence may corroborate the assault and assist in establishing where and how the incident occurred. In particular, your affiant is seeking a warrant to search for evidence of the shooting and assault, including any blood evidence, rifles, firearms, projectiles, or casings related to the assault, DNA evidence, and clothing as further described in **Attachment B**.

15. Your affiant seeks permission to search for any cellular phones/devices in the residence, including any iPhones, smart phones, or flip phones. (If recovered, separate warrants will be sought to search such devices.) Based on your affiant's training and experience, those involved in committing a crime and then fleeing the scene may use cellular devices and other electronic devices to aid in their escape, or communicate information related to the crime they committed. This includes but is not limited to text message communications, telephone calls, and location information. It is also known that cellular phones are one of the primary modes of communication on the Navajo Nation Indian Reservation. Cellular phones contain information that may show a person's movement, location, calls, texts, and related information, as well as the times those things occurred. Thus, they can be used to determine or help determine a person's movement prior to a crime and assist in determining the time of an incident and/or time of death. Thus, your affiant seeks permission to search for and seize any devices in the residence.

16.     Your affiant also knows that indicia of ownership, occupancy, and/or use of a residence is important in a criminal case.  Such information may help establish the location of a crime, potential and/or likely suspects, and potential and/or likely witnesses.  Based on your affiant's training and experience, indicia of ownership and occupancy includes such things as:  mail (e.g., bills) that may be addressed to the occupant(s); driver's licenses and/or identification cards; personal property such as clothing that may identify the owners and/or occupants of the structure; and photographs of the owners and/or occupants at the structure.

17.     The things to be searched for and seized are described further in **Attachment B**.

## Conclusion

18.     Based on the information in this Affidavit, your affiant respectfully submits that there is probable cause to support that there is evidence related to an assault resulting in serious bodily injury (18 U.S.C. § 113(a)(6)) at the residence described in **Attachment A**.  Therefore, your affiant respectfully requests that a search warrant be issued authorizing the search of the residence listed in **Attachment A** for the things specifically described in **Attachment B**.

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

_____  
Jesse Vargas  
Special Agent, FBI

August, 20, 2021  
Date

Sworn by Telephone

Date/Time: 8/20/21 at 3:08 p.m.

_____  
Eric J. Markovich  
United States Magistrate Judge

8